O

JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT J. LAIBACH, | ) | Case No. EDCV 07-1400-OP |
| Plaintiff, | ) | JUDGMENT |
| vs. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Pursuant to the Memorandum Opinion; Order of the United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered affirming the decision of the Commissioner, and dismissing this action with prejudice.

DATED:     March 6, 2009

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge

1